James R. Patterson, State Bar No. 211102
Jennifer M. French, State Bar No. 265422
PATTERSON LAW GROUP APC
1350 Columbia St., Suite 603
San Diego, CA 92101
Telephone:  (619) 756-6990

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRYSTAL AZPEITIA, on behalf of herself and all others similarly situated,<br><br>Plaintiff(s),<br>v.<br>THE GEO GROUP, INC., GEO CORRECTIONS AND DETENTION, LLC, a Florida limited liability corporation, and DOES 1- 100, inclusive,<br><br>Defendant(s). | CASE NUMBER<br><br>2:19-CV-06578-PSG-PLA<br><br><br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: (*Check one*)

- ☑ This action is dismissed by the Plaintiff(s) in its entirety.

- ☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

- ☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

- ☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

- ☐ **ONLY** Defendant(s) _____
  is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____ .

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

| | |
|---|---|
| October 23, 2019 | /s/ James R. Patterson |
| *Date* | *Signature of Attorney/Party* |

NOTE:  *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*